**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 625 EAL 2014
:
           Petitioner : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
:
MARQUISE P. WALIYYUDDIN, :
:
         Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.